DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rovere Evans,<br><br>            Plaintiff,<br><br>     v.<br><br>The United States of America,<br><br>            Defendant. | No. 2:22cv00713-KJM-DB<br><br>**ORDER ON JOINT REQUEST TO EXTEND THE UNITED STATES' RESPONSIVE PLEADING DEADLINE AND VACATE AND RESET THE COURT'S PRETRIAL SCHEDULING CONFERENCE** |

Pursuant to the "Joint Request to Extend the United States' Responsive Pleading Deadline and Vacate and Reset the Court's Pretrial Scheduling Conference" filed by Defendant, the United States of America, and Plaintiff, Rovere Evans, and for good cause shown, it is hereby ORDERED that the United States' deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended to October 6, 2022, and the Status Conference currently scheduled for August 25, 2022 is VACATED and will be RESET to October 6, 2022 at 2:30 pm.  The parties are directed to file a joint status report fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

DATED:  July 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER